UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| DARRELL L. ARELT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:08CV40 HEA |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant, | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation, of Magistrate Judge Thomas C. Mummert, III that the decision of the Commissioner be affirmed. None of the parties have filed any objections to the Report and Recommendation within the prescribed time period.

The Court has carefully considered Judge Mummert's Report and Recommendation. The Court concludes that Judge Mummert thoroughly analyzed the matter and articulated sound reasoning. The Report and Recommendation will therefore be adopted.

Accordingly,

**IT IS HEREBY ORDERED** that the decision of the Commissioner is affirmed and this matter is dismissed.

A separate judgment in accordance with this Order is entered this same date.

Dated this 23rd day of February, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE